

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2017

No. 04-17-00393-CV

**MAVERICK COUNTY**, et al.,
Appellants

v.

Ethelvina I. **FELAN**,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 17-02-33970-MCV
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

The appellee's motion for leave to file late brief is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court